**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

JOSE LOPEZ PEREZ, ROGER
SABORIT MARTINEZ,
ROGER SABORIT QUILEZ,
CAMILO LOAIZI CHACIN,
JAVIER RINCON RINCON,
ALDO OLMOS QUIBAS, and
MARLON MEDINA MEJIA,

     Petitioners,

v.                                    Case No. 2:26-cv-2107-MSN-atc

SCOTT LADWIG, Director of
the New Orleans Field Office of ICE,
in his official capacity,

     Respondents.

---

**ORDER GRANTING PETITIONERS' MOTION TO SEVER, DIRECTING CLERK TO
SEVER, AND DIRECTING CLERK TO CORRECT DOCKET**

---

On February 26, 2026, Petitioners filed a Motion to Sever. (ECF No. 11, "Motion.") Petitioners indicate that the Government does not oppose the relief requested, and, further, the Government has filed no opposition. (*Id.* at PageID 39–40.) Foor good cause shown, the Motion is **GRANTED**.

The Clerk is **DIRECTED** to sever this matter, and open separate cases for each of the petitioners listed in this case.

Additionally, the proper respondent in these matters is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained. *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003). Christopher Bullock is the New

Orleans Field Office Director for ICE Enforcement and Removal Operations.[1]   The Clerk is therefore **DIRECTED** to substitute Christopher Bullock as Respondent and to terminate Scott Ladwig as Respondent.

      **IT IS SO ORDERED**, this 25th day of March, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

---

[1] *See Besharat v. Ladwig*, No. 2:26-cv-02281-MSN-atc (W.D. Tenn.), ECF No. 8, n.1.